**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CHARLES WALKER**                                                                **PLAINTIFF**

v.                         **NO. 4:08CV4156 BSM**

**GUY SCHULTZ AND
LANDSTAR RANGER, INC.**                                    **DEFENDANTS**

## ORDER

Pending before the court are defendant Guy Schultz's Motion For Leave To File Counter-Claim And Third Party Complaint [Doc. No. 9] and plaintiff's Motion For Dismissal Without Prejudice [Doc. No. 10]. After careful review, plaintiff's motion to dismiss [Doc. No. 10] is granted and plaintiff's cause action is hereby dismissed in its entirety without prejudice. Defendant Guy Schultz's motion for leave to file a counter-claim and third party complaint is denied.

IT IS SO ORDERED this 19th day of May, 2009.

                                                  /s/ Brian S. Miller
                                                  UNITED STATES DISTRICT JUDGE